UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 8 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| X CORP., a Nevada corporation,<br><br>    Plaintiff - Appellant,<br><br> v.<br><br>CENTER FOR COUNTERING DIGITAL HATE, INC., a Washington, D.C. non-profit corporation; et al.,<br><br>    Defendants - Appellees. | No. 24-2643<br><br>D.C. No. 3:23-cv-03836-CRB<br>Northern District of California, San Francisco<br><br>ORDER |

This case is hereby removed from the June 5, 2025 Pasadena calendar and will be held in abeyance pending issuance of the mandate in *Gopher Media LLC, et al. v. Melone, et al.*, No. 24-2626. Submission is deferred. The Clerk shall administratively close this docket pending further order.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT